FILED
US DISTRICT COURT
WESTERN DISTRICT
OF ARKANSAS
Jun 21, 2022
OFFICE OF THE CLERK

## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## HOT SPRINGS DIVISION

**TERESA LYNN WILLIAMS, AS SPECIAL**
**ADMINISTRATRIX OF THE ESTATES**
**OF LINDA LEE HALL AND JOHN MAC HALL,**
**DECEASED**                                                                                   **PLAINTIFF**

v.                                        CASE NO. 6:22-cv-6067-SOH

**ROBERTS TRUCKING, LLC OF NEW ALBANY,**
**MS; DAVID TYRONE BRAMLETT and**
**JOHN DOES 1-4**                                                                           **DEFENDANTS**

### JOINT NOTICE OF REMOVAL AND JURY DEMAND

Defendant Roberts Trucking, LLC of New Albany, MS ("Roberts Trucking LLC"), and David Tyrone Bramlett, by and through counsel, Mayer LLP, for their Joint Notice of Removal, states:

1. Plaintiff filed a Complaint in the Circuit Count of Garland County, Arkansas, on February 17, 2022.

2. Defendant Roberts Trucking, LLC was served with the Summons and Complaint on June 15, 2022.

3. Defendant David Tyrone Bramlett was served with the Summons and Complaint on June 15, 2022.

4. This Notice of Removal is being filed within 30 days of service on the Defendants and is timely. 28 U.S.C. § 1446(b).

5. Pursuant to 28 U.S.C. § 1446(a) Defendants attach to this Notice copies of all "process, pleadings and orders served" on Defendants in the state court action. Exhibit 1.

6. This action is properly removed to this Court, as this district and division embraces

the place where the complaint is pending see 28 U.S.C. § 1441.

7. According to the Complaint, Plaintiff is a citizen of the State of Arkansas.

8. Defendant, Roberts Trucking, LLC of New Albany, MS is a limited liability company organized under the laws of Mississippi with its principal place of business in New Albany, Mississippi. Both members of Roberts Trucking, LLC of New Albany, MS are residents of Mississippi. The LLC is therefore deemed to be a citizen of Mississippi.

9. Defendant David Tyrone Bramlett is also a resident and citizen of the State of Mississippi.

10. According to the Complaint, Plaintiff is deemed a citizen of Arkansas. Both Defendants are deemed citizens of Mississippi.

11. Consequently, complete diversity exists between Plaintiff and Defendants.

12. Defendants deny that Plaintiff is entitled to relief. Nevertheless, Plaintiff's Complaint requests damages against Defendants in an amount in excess of the threshold amount required for federal diversity jurisdiction. *See Exhibit 1* Complaint, Paragraph 40.

13. Under 28 U.S.C. § 1446(c)(2), if removal of a civil action is sought on the basis of jurisdiction conferred by 28 U.S.C. § 1332(a), the sum demanded in good faith in the initial pleading shall be deemed to be the amount in controversy.

14. This action is removable pursuant to 28 U.S.C. § 1441(a). It is a civil action over which this Court has original jurisdiction under 28 U.S.C. § 1332, in that there is complete diversity between all parties and the amount in controversy exceeds $75,000, exclusive of interest and costs.

15. Defendant requests a trial by jury on all appropriate issues for the jury.

WHEREFORE, Defendant Roberts Trucking, LLC of New Albany, MS, and David Tyrone Bramlett remove the state court action from the Circuit Court of Garland County, Arkansas, to this Court and request that this Court take jurisdiction of this civil action to the exclusion of any further proceedings in the state court.

Respectfully submitted,

J. Barrett Deacon (2001201)
MAYER LLP
2434 E. Joyce Blvd., Suite 6
Fayetteville, AR 72703
(479) 396-2060 phone
(479) 396-2059 fax
bdeacon@mayerllp.com
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I, J. Barrett Deacon, hereby certify that on this 20th day of June 2022, I have served the foregoing pleading via electronic mail on the following attorney of record:

Stephen L. Curry
Attorney at Law
PO Box 23451
Little Rock, AR 72221
scurry@aristotle.net

*/s/ J. Barrett Deacon*
J. Barrett Deacon

[1] Formerly Covenant Transportation Group, Inc. and Covenant Trans

[1] Formerly Covenant Transportation Group, Inc. and Covenant Trans